Exhibit "D"

Case 0:16-cv-62175-BB Document 29-4 Entered on FLSD Docket 11/01/2016 Page 2 of 6
INSTR # 113093233 Page 1 of 5, Recorded 07/09/2015 at 09:57 AM
Broward County Commission, Deputy Clerk ERECORD

\*\*\*\* FILED: BROWARD COUNTY, FL Howard C. Forman, CLERK 7/6/2015 8:48:54 AM.\*\*\*\*

| IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN & FOR BROWARD COUNTY, FLORIDA | FOR CLERK'S USE ONLY |
|---|---|
| Clerk Case Number: 2010 CA 018594<br>Division: Circuit Civil<br><br>Federal National Mortgage Association ("FNMA"),<br><br>    Plaintiff(s),<br><br>vs.<br>Margaret Koppelman and Leonard Koppelman, Wife and Husband; Mortgage Electronic Registration Systems, Inc., as Nominee for GreenPoint Mortgage Funding, Inc.; Galt Ocean Manor Condominium Association, Inc.; Broward Elevator & Lift, LLC; Unknown Parties in Possession #1; If living, and all Unknown Parties claiming by, through, under and against the above named Defendant(s) who are not known to be dead or alive, whether said Unknown Parties may claim an interest as Spouse, Heirs, Devisees, Grantees, or Other Claimants<br><br>Defendant(s). | |
| **FINAL JUDGMENT OF FORECLOSURE** | |

THIS action was tried before the court. On the evidence presented,

**IT IS ORDERED AND ADJUDGED** that:

1. Plaintiff, Federal National Mortgage Association is due:

| | |
|---|---:|
| Principal Due on Note and Mortgage | $177,106.23 |
| Interest to the date of this Judgment | $73,790.23 |
| Title Search Expenses | $0.00 |
| Taxes: | $15,698.49 |

1

**Court Costs Now Taxed**

| | |
|---|---|
| Filing Fee/ Statutory Convenience Fee | $978.50 |
| Private Process Server | $1,130.40 |
| Court Reporter Cost | $157.50 |

OTHER COSTS:

| | |
|---|---|
| Pre-Acceleration Late Charges | $0.00 |
| Property Inspections | $765.00 |
| Appraisals | $85.00 |
| Flood Insurance | $4,568.23 |
| Payment towards Escrow | $-981.81 |
| Suspense Balance | ($0.00) |
| **JUDGMENT GRAND TOTAL** | **$273,297.77** |

That shall bear interest at the prevailing statutory rate pursuant to F.S.§55.03.

2. Plaintiff holds a first mortgage lien for the total sum superior to all claims or estates of Defendant(s) on the following described property in Broward County, Florida:

Property Address: 4040 Galt Ocean Drive, Condo Unit #907, Fort Lauderdale, FL 33308
   a. Legal Description: CONDOMINIUM UNIT NO. 907, OF OCEAN MANOR CONDOMINIUM, A CONDOMINIUM, ACCORDING TO THE DECLARATION THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 9749, PAGE 39, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.
   b. Parcel ID No. 494319-CM-1640

The aforesaid lien of the Plaintiff is prior, paramount and superior to all rights, claim, liens, interest, encumbrances and equities of the Defendants and all persons, firms or corporations claiming by, through or under said Defendants or any of them and the property will be sold free and clear of all claims of said Defendants, with the exception of any assessments pursuant to Florida Statutes §§718.116 and 720.3085.

3. If the total sum with interest at the rate described in Paragraph 1 and all costs accrued subsequent to this judgment are not paid, the Clerk of Court shall sell the

2

property at public sale on _Sept. 8_, 2015 to the highest bidder for cash, except as set forth in Paragraph 5, WWW.BROWARD.REALFORECLOSE.COM AT 10:00 AM in accordance with § 45.031 Fla. Stat. (1995).

4. Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for the documentary stamps payable on the certificate of title. If the plaintiff is the purchaser, the clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full.

5. Plaintiff may assign the judgment and right to bid without further order of the court.

6. On filing the certificate of title, the clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of plaintiff's costs; second, documentary stamps affixed to the certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 1 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this court.

7. On filing the certificate of sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the notice of lis pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under chapter 718 (2010) or chapter 720, Florida Statutes, if any. Upon the filing of the certificate of

3

title, the person named on the certificate of title shall be let into possession of the property.

8. This Court retains jurisdiction of this cause for the purpose of entering any and all further orders as may be necessary and proper including, without limitation, writs of possession and a deficiency judgment, if appropriate to hear motions and enter orders to address any omitted parties who may possess an interest in the subject property, including entering orders that foreclose any such interest, and to determine the amount of assessments due pursuant to sections 718.116 or 720.3085. *Plaintiff hereby waives its right to seek a deficiency judgment.* /s/

9. IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THIS FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN SIXTY (60) DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT, HOWARD FORMAN, BROWARD COUNTY COURTHOUSE, 201 S.E. 6TH STREET, FT. LAUDERDALE, FL 33301, 954-831-6938, WITHIN TEN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.
IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT LEGAL AID SERVICE OF

4

BROWARD COUNTY, INC, 491 NORTH STATE ROAD 7, PLANTATION, FL 33317, 954-765-8950 TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT LEGAL AID SERVICE OF BROWARD COUNTY, INC, 491 NORTH STATE ROAD 7, PLANTATION, FL 33317, 954-765-8950 FOR ASSISTANCE, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE

**DONE AND ORDERED** in Open Court in Broward County, Florida, this 6 day of July, 2015.

_____
Circuit Judge

Copies furnished to:

SHAPIRO, FISHMAN & GACHÉ, LLP, 2424 North Federal Highway, Suite 360, Boca Raton, FL 33431

Margaret Koppelman, c/o C.C. Traina, Esquire, 10394 West Sample Road, Suite 201, Coral Springs, FL 33065

Leonard Koppelman, c/o C.C. Traina, Esquire, 10394 West Sample Road, Suite 201, Coral Springs, FL 33065

Mortgage Electronic Registration Systems, Inc., as Nominee for GreenPoint Mortgage Funding, Inc., CT Corporation System, 1200 South Pine Island Road, Plantation, FL 33324

Galt Ocean Manor Condominium Association, Inc., c/o Debra P. Rochlin, P.A., R.A., 900 South Andrews Avenue, Fort Lauderdale, FL 33316

Continental Windows and Doors, Inc., C/O Gerald Schilian, Esq., 7301-A W. PALMETTO PARK RD SUITE 305C, Boca Raton, FL 33433

Court Case Number: 2010 CA 018594
09-163072 FC01 WCC

5